UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROLAND PRICE,

    Plaintiff,

v.                              Case No. 09-C-220

GREGORY HERMAN, et al.

    Defendants.

**ORDER**

Plaintiff Roland Price, who proceeds pro se in this action under 42 U.S.C. § 1983, has filed a document entitled "Motion to Compell [sic] Clerk to Stamp Complaint Served and Return to Plaintiff as Official Document Evidence 1st Amendment." (Doc. # 54.) As the Court noted in a previous Order, Price filed an eight page complaint to commence this case and also submitted five volumes totaling 304 pages. Price contends that his wife mailed the Court another copy of the "5 volume brief" and now appears to request that the Clerk of Court stamp the documents as received and mail him a copy. The Clerk has not received any other copies of his five volumes. If Price wishes to obtain copies of the five volumes he filed along with his complaint he must submit $76.00 to cover the expense of copying the 304 pages (at $.25 per page). Price's motion is **DENIED**.

    **SO ORDERED** this   26th   day of August, 2009.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge