# United States District Court

EASTERN DISTRICT OF WISCONSIN

ROLAND PRICE
        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No.     9-C-220

GREGORY HEYRMAN,
JILL ZEISE, GARY KELLER,
RONALD LINZMEYER,
SAMPSON JACQUES,
RICHARD TANK,
JAMES HENNER,
DENNIS DEVALKENAERE,
BRIAN BOUSSEAU

        Defendants.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's motion to dismiss is GRANTED. Price's claims are dismissed.

        Approved:     s/ William C. Griesbach
                                WILLIAM C. GRIESBACH
                                United States District Judge

Dated: October 20, 2009.

                                JON W. SANFILIPPO
                                Clerk of Court

                                s/ Amanda Wachtendonck
                                (By) Deputy Clerk