UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROLAND PRICE,

    Plaintiff,

v.                                              Case No. 09-C-220

GREGORY HERMAN, et al.,

    Defendants.

**ORDER**

On November 24, 2009, the Court denied the *pro se* plaintiff's motion for leave to proceed *in forma pauperis* on appeal. Plaintiff recently filed a one-page document, "Memorandum In Support of PLRA Motion for Leave to Proceed On Appeal in Forma Pauperis." (Doc. # 70.) It is difficult to discern what relief plaintiff seeks in this motion. I will construe it as a motion to reconsider my earlier ruling denying him leave to proceed *in forma pauperis* on appeal, as plaintiff appears to seek a waiver of the filing fee. Plaintiff's request that the Court afford an indulgent reading to his *pro se* pleadings is an insufficient basis to reconsider my earlier ruling. Accordingly, plaintiff's motion is **DENIED**.

Copies of this order shall be sent to the warden of the institution where the plaintiff is confined, to Corey Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin 53707-7857, and to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

**SO ORDERED** this \_\_\_14th\_\_\_ day of December, 2009.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge