UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROLAND PRICE,

    Plaintiff,

v.                                              Case No. 09-C-220

GREGORY HERMAN, et al.

    Defendants.

**ORDER**

The pro se plaintiff in the above matter has filed a "Motion for Clarification to Liberty Interest". The motion is unintelligible but relates to a case which has been dismissed. Moreover, a previous appeal has been dismissed as well. Under the circumstances, the motion is DENIED.

**SO ORDERED** this   31st   day of March, 2010.

                                                     s/ William C. Griesbach
                                                     William C. Griesbach
                                                     United States District Judge